UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
Paula Karas,                    )
      Plaintiff,                )        CIVIL ACTION NO.
                                )        11-40186-FDS
         v.                     )
                                )
Commonwealth of MA.,            )
      Defendant,                )
```

ORDER FOR DISMISSAL

SAYLOR, D.J.

In accordance with the Memorandum and Order dated November 4, 2011, it is hereby Ordered that the above captioned matter is DISMISSED in its entirety.

                                        By the Court,

                                        /s/ Martin Castles
                                        Deputy Clerk

Dated: November 4, 2011